# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 229TH JUDICIAL DISTRICT COURT OF DUVAL COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on July 1, 2015, the cause upon appeal to revise or reverse your judgment between

Noe Garcia and Iris Garcia, Appellant

V.

Gloria Garcia, Appellee

No. 04-14-00561-CV and Tr. Ct. No. DC-12-335

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, we REVERSE that part of the trial court's judgment that awards sanctions and RENDER judgment that Gloria Garcia take nothing by her claims for sanctions. In all other respects, the trial court's judgment is AFFIRMED.**

**We ORDER that appellants recover their costs of this appeal from appellee Gloria Garcia.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on October 1, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00561-CV

**Noe Garcia and Iris Garcia**

**v.**

**Gloria Garcia**

(NO. DC-12-335 IN 229TH JUDICIAL DISTRICT COURT OF DUVAL COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | JOSEPH  VALE |
| MOTION FEE | $10.00 | E-PAID | JOSEPH  VALE |
| REPORTER'S RECORD | $1,188.00 | PAID | PLAINTIFFS |
| MOTION FEE | $10.00 | E-PAID | MARY ANN  MCCARN |
| REPORTER'S RECORD | $623.00 | PAID | MAXIE HOUSER, PLAINTIFF'S ATTORNEY |
| INDIGENT | $25.00 | E-PAID | MARY ANN  MCCARN |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | MARY ANN  MCCARN |
| FILING | $100.00 | E-PAID | MARY ANN  MCCARN |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | MARY ANN  MCCARN |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this October 1, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853